UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED KEITA; MK, JR.,

               Plaintiffs,

-against-

CHASE BANK also known as JP MORGAN CHASE BANK N.A.; NEHA GOPINATH, Escalation Supervisor; NAJIA HOSSAIN, Officer,

               Defendants.

23-CV-7155 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On August 28, 2023, the Court dismissed the action for improper venue, noted that Plaintiff had filed seven other actions in this court, all of which have been transferred to the United States District Court for Eastern District of New York, and that in the Eastern District, Plaintiff has been described as a "serial litigator." (ECF No. 5.) The Court therefore ordered Plaintiff, within thirty days, to show cause by declaration why he should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission. Plaintiff has not filed a declaration as directed. Accordingly, the bar order will issue.

## CONCLUSION

    The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

Plaintiff is further warned that the submission of frivolous documents in this action may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   October 11, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge