UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMED KEITA; MK, JR.,

                Plaintiffs,

-against-

CHASE BANK also known as JP MORGAN CHASE BANK N.A.; NEHA GOPINATH, Escalation Supervisor; NAJIA HOSSAIN, Officer,

                Defendants.

23-CV-7155 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the October 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 11, 2023
             New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge